# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 01-4041-TJH (PJW) | Date | August 20, 2009 |
|---|---|---|---|

| Title | *Larry A. Jackson v. Sue Hughes* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, Magistrate Judge |
|---|---|

| Isabel Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     Status (In Chambers)

In April 2003, the Court issued a stay of proceedings pending the outcome of *Hydrick, et al. v. Wilson*, CV 98-7167-TJH (RNBx)--a case which may be controlling on all issues raised by Plaintiff's Complaint. At that time, the Court denied all pending motions without prejudice.[1]

In August 2007, the Ninth Circuit issued an amended opinion in *Hydrick v. Hunter*, 500 F.3d 978 (9th Cir. 2007). In May 2009, the Supreme Court vacated that decision in light of *Ashcroft v. Iqbal*, 556 U.S. ___ (2009). *See Hunter v. Hydrick*, --- S. Ct. ---, 2009 WL 1443637 (May 26, 2009).

Before the Court lifts the stay and places the matter back on calendar, Plaintiff is ordered to notify the Court no later than **September 21, 2009**, his position on whether he intends to pursue this case or not. If he does not file anything, the stay will be lifted and the case will be dismissed for failure to prosecute.[2] The parties

---

    [1]  The Court notes this case was terminated by clerical error on August 19, 2002. (*See* Docket No. 34.) The Court issued an order on August 23, 2002, to rectify that error. (*See* Docket No. 35.)

    [2]  The Court notes that it issued a June 12, 2009 Order directing Plaintiff to advise the Court his position on whether he intends to pursue this case or not. That Order was sent to Plaintiff's last known address at Atascadero State Hosiptial. Plaintiff did not respond to that Order and the Order was not returned as undeliverable. Though Plaintiff has not updated his address, in the Court's recent experience, many sexually violent predators housed at Atascadero State Hospital have been moved to Coalinga State Hospital. Therefore, the clerk is directed to send this Order to Plaintiff's attention at both

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

are requested to discuss the applicability of *Iqbal* in any motion (or opposition).

```
Larry A. Jackson                    Eric D. Bates
047741-4 /U32                       Deputy Attorney General
P.O. Box 7001                       300 S. Spring St., Rm. 5212
Atascadero, CA 93423                Los Angeles, CA 90013
```

                                                                                                                        : _____

Initials of Preparer   im

S:\PJW\Cases-Civil Rights\JACKSON, L, 4041\MO_status3.wpd

---

the Atascadero State Hospital address and also to the Litigation Coordinator at Coalinga State Hospital.