UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY A. JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUE HUGHES,<br><br>        Defendant. | CASE NO. CV 01-4041-TJH (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 4/26/10

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\JACKSON, L, 4041\Order accep r&r.wpd