1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10   LARRY A. JACKSON,                )   CASE NO. CV 01-4041-TJH (PJW)
                                      )
11              Plaintiff,            )
                                      )   J U D G M E N T
12         v.                         )
                                      )
13   SUE HUGHES,                      )
                                      )
14              Defendant.            )
     _____)

15

16        Pursuant to the Order Adopting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the action is dismissed with prejudice.

19

20        DATED:        4/26/10        .

21

22

23                              _____
                                TERRY J. HATTER, JR
24                              UNITED STATES DISTRICT JUDGE

25

26

27

28   S:\PJW\Cases-Civil Rights\JACKSON, L, 4041\final_judgment.wpd